Argued and submitted April 15, affirmed November 27, 1991

In the Matter of the Compensation of
Rachid Kaady, Claimant.

Rachid KAADY,
by and through the
Professional Liability Fund,
*Petitioner,*

*v.*

EBI COMPANIES,
*Respondent.*

(TP-89004; CA A65139)

820 P2d 465

---

Deborah L. Sather, Portland, argued the cause for petitioner. With her on the brief was Cooney, Moscato & Crew, P.C., Portland.

Ridgway K. Foley, Jr., Portland, argued the cause for respondent. With him on the brief were M. Elizabeth Duncan and Schwabe, Williamson & Wyatt, Portland.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

Affirmed. *SAIF v. Wright*, 312 Or 132, 817 P2d 1317 (1991).

---

* Joseph, C. J., *vice* Newman, J., deceased.